KEITH A. PITT, CSB No. 254901
keith@slindenelson.com
SLINDE NELSON
425 NW 10th Avenue Suite 200
Portland, OR  97209
Telephone: (503) 417-7777

*Of Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Q P D SOURCING, INC., dba QPD INTERNATIONAL, Inc., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>PORTLAND ACCESSORIES, LLC, an Oregon Limited Liability company; and MICHAEL CASTER, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.<br><br>Superior Court Case No. 20PSCV00411<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF STATE COURT ACTION** |

## INTRODUCTION

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Portland Accessories, LLC and Michael Caster, hereby remove this case, and all claims and causes of action therein, from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, Western Division.  In support of this Notice of Removal, Defendants set forth the following grounds for removal:

1. On June 26, 2020, Plaintiff QPD Sourcing, Inc. ("Plaintiff") filed a Complaint in the Superior Court of California for the County of Los Angeles, captioned *Q P D Sourcing, Inc.*

*dba QPD International, Inc. v. Portland Accessories, LLC*, *Michael Caster, and Does 1 through 10, inclusive*, Case No. 20PSCV00411 (the "State Court Action").  A true and accurate copy of all process, pleadings, and orders in the State Court Action known to Defendants are attached hereto as **Exhibit A**.

2. Defendants have not pled, answered, or otherwise appeared in the State Court Action.

3. On July 23, 2020, Defendants, through counsel, advised Plaintiff's counsel that Defendants would accept service of the Summons and Complaint through Oregon counsel. On July 27, 2020, Defendants' counsel requested forms from Plaintiff to complete acceptance of service. As of the time of this filing, Defendants' counsel has not yet received those acceptance of service forms or been formally served by any other means.

4. This Notice of Removal is timely and is being filed before the expiration of 30 days after service of the Summons and Complaint on any defendant under 28 U.S.C. § 1446(b).

## JURISDICTION

5. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. As reflected in **Exhibit A**, Plaintiff seeks monetary relief in the State Court Action "in the principal sum of $514,508.00," satisfying the jurisdictional requirements of 28 U.S.C. §§ 1332(a) and 1441(b).

7. As set forth in the State Court Action and upon information and belief, Plaintiff Q P D Sourcing, Inc. is a California corporation, which identifies its principal place of business in Los Angeles County, California. Therefore, Plaintiff is a citizen of California for purposes of determining citizenship under 28 U.S.C. § 1332.

8. Defendant Portland Accessories, LLC ("Portland Accessories") is an Oregon limited liability company existing under the laws of the State of Oregon. Portland Accessories maintains its principal place of business in Portland, Oregon. Defendant Portland Accessories has two members, Defendant Michael Caster ("Caster") and Cheryl, LLC.

9. Caster maintains his exclusive residence in Washington County, Oregon and is therefore an Oregon resident for purposes of determining diversity of citizenship. Portland Accessories' other member, Cheryl, LLC, is a Delaware corporation which maintains its principal place of business in New York County, New York. Cheryl, LLC's sole member is an individual who resides in New York County, New York.

10. Pursuant to 28 U.S.C. § 1441(b)(1), as to the unidentified Does 1 through 10, "the citizenship of defendants sued under fictitious names shall be disregarded" for purposes of removal.

11. Based on the preceding information, facts, and circumstances known to Defendants, Plaintiff is a resident of California, whereas Defendants are residents of Oregon, New York, and Delaware for purposes of determining diversity of citizenship under 28 U.S.C. § 1332. Therefore, complete diversity of citizenship exists between Plaintiff and Defendants, as required under 28 U.S.C. § 1441(b).

12. This case is removable under 28 U.S.C. § 1441. Under § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *** to the district court of the United States *** embracing the place where such action is pending."

### INTRADISTRICT ASSIGNMENT

13. As the State Court Action has been filed in the County of Los Angeles, California, without waiving any defenses or entitlements, Defendants request the removal of this case to be assigned to the Western Division of this Court.

## SERVICE OF NOTICE OF REMOVAL AND CONSENT

14. Defendants will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of this Notice with the Clerk of the Superior Court of the State of California for the County of Los Angeles, pursuant to 28 U.S.C. § 1446(d).

15. Undersigned counsel certifies that Defendants in this action consent to removal.

## CONCLUSION

16. WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants remove this action in its entirety from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, Western Division.

DATED: July 29, 2020.

SLINDE NELSON

By: *s/ Keith A. Pitt*
Keith A. Pitt, CSB No. 254901
keith@slindenelson.com
*Of Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020 a copy of the foregoing **DEFENDANTS' NOTICE OF REMOVAL OF STATE COURT ACTION** was filed electronically using the Court's CM/EMF system, which will send a notice of electronic filing to all parties and counsel of record.  A copy also was mailed to Plaintiff's counsel by U.S. First Class Mail, postage prepaid as follows:

>Judy C. Wong
>Law Offices of Judy Wong
>1901 S. Mountain Avenue
>Monrovia, CA 91016
>judycwong@hotmail.com
>
>*Of Attorney for Plaintiff*

DATED:  July 29, 2020.

SLINDE NELSON

By: ___s/ Keith A. Pitt___
    Keith A. Pitt, CSB No. 254901
    keith@slindenelson.com

*Of Attorneys for Defendants*